# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DONALD KEITH TACKETT                                                      PLAINTIFF

v.                     NO. 4:13CV00369 SWW

CAROLYN W. COLVIN, Acting Commissioner                         DEFENDANT
of the Social Security Administration

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. No objections have been filed. After a careful, <u>de novo</u> review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The complaint filed by plaintiff Donald Keith Tackett is dismissed without prejudice. Judgment will be entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 17th day of April, 2014.

                                                /s/Susan Webber Wright

                                                UNITED STATES DISTRICT JUDGE