# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DONALD KEITH TACKETT                                                                PLAINTIFF

v.                           NO. 4:13CV00369 SWW

CAROLYN W. COLVIN, Acting Commissioner                                  DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 17th day of April, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE